IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| BONNIE R. WOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1276-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

David B. Lowry
9900 S. W. Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon  97223

Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

David Morado
Regional Chief Counsel
Leisa A. Wolf
Special Assistant Untied States Attorney
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for rehearing.

Dated this _____21st_____ day of July, 2008.


    __/s/ Garr M. King_____
    Garr M. King
    United States District Judge

Page 2 - JUDGMENT