DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '08 SEP 05 15:36 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Bonnie Woodman

   Plaintiff,

vs.                                     Civil No. 07-cv-1276-KI

Commissioner of Social Security

   **Defendant.**                       **ORDER GRANTING AWARD
                                        OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $2.31, costs in the amount of $9.60, and attorney's fees in the amount of $4573.02, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this ___ day of _Sept_, 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**